**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

THERESA CHIEFFALLO-CRAIG *
*
*
v. * Civil No. – JFM-14-1199
*
RELIANCE STANDARD LIFE INS. CO. *
******

## MEMORANDUM

In response to defendant's motion to dismiss plaintiff's complaint, plaintiff (who is appearing *pro se*, has stated that he was not aware until June 27, 2014 about the limitations provision upon which defendant relies. Defendant has not filed a reply to plaintiff's response. Accordingly, defendant's motion to dismiss is denied. Of course, if the factual record established after the conducting of discovery establishes that plaintiff should have been aware of the limitations provision, defendant may file a motion for summary judgment.

Date: 8/12/14

/s/
J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 AUG 13 A 9:38
CLERK'S OFFICE
AT BALTIMORE
BY ____ DEPUTY